## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BENJAMIN DEWAYNE SCOTT, SR.**                                              **PLAINTIFF**
**#23951**

**v.**                                  **CASE NO. 4:22-CV-00991-BSM**

**RAY VANCE,** *et al.,*                                                **DEFENDANTS**

### ORDER

Benjamin Dewayne Scott, Sr. has not paid the $402 filing fee or filed a motion to proceed *in forma pauperis*. *See* Doc. No. 2. Accordingly his complaint is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 18th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE