IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN DEWAYNE SCOTT, SR.**                                                              **PLAINTIFF**
**#23951**

v.                                    **CASE NO. 4:22-CV-00991-BSM**

**RAY VANCE,** *et al.*,                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE